**ALLIED TECHNOLOGY GROUP, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Monster Government Solutions, LLC, Defendant–Appellee.**

No. 2010–5131.

United States Court of Appeals, Federal Circuit.

July 16, 2010.

Frederick W. Claybrook Jr., Crowell & Moring, LLP, Washington, DC, for Plaintiff–Appellant.

Jacob B. Pankowski, Greenberg Traurig LLP, Michael N. O'Connell Jr., Department of Justice, Washington, DC, for Defendant–Appellee.

## ON MOTION

### ORDER

Monster Government Solutions, LLC moves without opposition for leave to intervene.

The court notes that Monster intervened in the trial court on the side of the defen-

dant. Thus, Monster should be listed in the court's caption as a defendant–appellee, and the motion to intervene in this court is unnecessary.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot. The revised official caption is reflected above.